IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 09-98 Erie |
| ) | |
| MARILYN BROOKS, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on May 1, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's report and recommendation, entered orally on the record on May 28, 2009 [66], recommends that the Plaintiff's "Application for Injunction and Transfer from State Correctional Facility" [4] be denied. The Plaintiff was allowed ten (10) days in which to file objections. Plaintiff's objections [18] were filed on June 10, 2009.

After de novo review of the Complaint and the documents in the case, together with the Report and Recommendation and Plaintiff's objections thereto, the following order is entered:

AND NOW, this 15th Day of October, 2009,

IT IS ORDERED that the Plaintiff's "Application for Injunction and Transfer from State Correctional Facility" [4] be, and hereby is, DENIED.

The oral report and recommendation of Magistrate Judge Baxter entered on May 28, 2009 [66] is adopted as the opinion of this Court.


s/ Sean J. McLaughlin

SEAN J. McLAUGHLIN
United States District Judge


cm:   all parties of record.
   U.S. Magistrate Judge Susan Paradise Baxter